# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2013

## NO. 03-13-00134-CV

**Mark Wells, Appellant**

**v.**

**Indymac Bank, a Division of One West Bank, F.S.B.; Indymac Mortgage Services, a Division of One West Bank, F.S.B.; Mortgage Electronic Registration Systems, Inc.; Charles A. Brown, Jr.; Juanita Strickland; Janie Mucha; et al., Appellees**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD

**IT APPEARING** to this Court that the appellant has failed to file a brief, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.